[No. 6205.]

WARD v. GOODRICH.

Judgment affirmed. Reasons not assigned.

*Appeal from Denver District Court* — Hon. BOOTH M. MALONE, Judge.

Mr. H. W. SPANGLER, for appellant.

Mr. L. J. LAWS, and Mr. H. N. SALES, for appellee.

*Per Curiam,* Department No. 2.

We have carefully examined the record in this cause, and have reached the conclusion that substantial justice was done by the trial court; and it is, therefore, ordered that the judgment be, and it is hereby, affirmed.     *Affirmed.*